THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EYVETTE WELLS,

    Plaintiff,

v.

McFARLAND CASCADE POLE & LUMBER COMPANY, a Washington corporation,

    Defendant.

No. CV-05-5730RBL

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

THIS MATTER CAME BEFORE THE COURT on Defendant's Motion to Compel Discovery and for Sanctions. The Court has reviewed the Motion and the papers filed in support thereof, Plaintiff's brief and supporting papers in opposition (if any), Defendant's reply brief and supporting papers (if any), and the records and files herein.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Compel Discovery and for Sanctions is GRANTED.

2. Within ten (10) business days of entry of this Order, Plaintiff shall provide full and complete answers and responses to Defendant's First Set of Interrogatories and Requests for Production as follows:

    (a) <u>Interrogatory No. 1</u>: Plaintiff shall provide all known contact information for the individuals that Plaintiff previously identified in response to Interrogatory No. 1, who

PROPOSED ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS - 1
Case No. CV-05-5730 RBL

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

never were or are no longer employed by Defendant, including Matt Van Valkenburg, Andy Rosenbalm, Ron Morrison, Bob Magana, Esler Neal, Susie Sterns, Jayson Bloom, and Doug Troutdale;

(b) <u>Request for Production No. 1</u>: Plaintiff shall produce executed authorizations in the form provided to her by Defendant, for the release of her medical records from January 1, 1996 to the present for the following medical providers: Shaozhen Li, Anthony Klasser, Ron Merchant, Bridget Keller, Lawrence West, Harinder Walia, James Manderay, Group Health Behavioral Health, Chiropractic Clinic, Crossroad Treatment Center, Rainier Chiropractic Clinic, James Brown, Nancy Karr, Tacoma General Hospital Imaging, and Medical Imaging NW, Puyallup Medical Center, an unnamed counselor, and Sumner/Puyallup Foot and Ankle Clinic;

(c) <u>Interrogatory No. 4 and Request for Production No. 3</u>: Plaintiff shall identify all health care providers of each of her children, for the years 2003 and 2004. For each health care provider identified, Plaintiff shall produce executed authorizations in the form provided to her by Defendant for the release of each of her children's medical records for the years 2003 and 2004;

(d) <u>Interrogatory No. 3</u>: Plaintiff shall identify all health care providers of her mother for the years 2003 and 2004, to the extent that she possesses the information. Plaintiff shall also provide the Defendant with her mother's name and contact information;

(e) <u>Request for Production No. 4</u>: Plaintiff shall produce all responsive documents to Request for Production No. 4, including but not limited to the log or journal

PROPOSED ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS - 2
Case No. CV-05-5730 RBL

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

Plaintiff maintained at work, if applicable.  If Plaintiff possesses no additional responsive documents, Plaintiff shall serve Defendant with a supplemental response to that effect;

   (f) <u>Request for Production No. 5</u>:  Plaintiff shall produce all responsive documents to Request for Production No. 5, including but not limited to Plaintiff's complete tax returns and tax schedules for the years 2000-2004.  If Plaintiff possesses no additional responsive documents, Plaintiff shall serve Defendant with a supplemental response to that effect;

   (g) <u>Request for Production No. 21</u>:  Plaintiff shall produce all responsive documents to Request for Production No. 21.  If responsive documents exist but are no longer in Plaintiff's possession, Plaintiff shall (1) state what disposition was made of them; (2) provide the reason for such disposition; and (3) identify all persons who she believes to have possession, custody or control of the documents or any copies.  If Plaintiff does not know or cannot recall whether particular responsive documents exist, or if such documents are missing, Plaintiff shall state the efforts made to ascertain their existence.  If Plaintiff possesses no additional responsive documents, Plaintiff shall serve Defendant with a supplemental response to that effect;

   (h) <u>Request for Production Nos. 6, 11, 12, 13, and 15</u>:  Plaintiff shall supplement her responses to Request for Production Nos. 6, 11, 12, 13, and 15, to the extent additional responsive documents exist.  If Plaintiff possesses no additional responsive documents, Plaintiff shall serve Defendant with a supplemental response to that effect;

   (i) <u>Request for Production Nos. 20 and 32</u>:  Plaintiff shall provide full and complete responses to Request for Production Nos. 20 and 32.

PROPOSED ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS  - 3
Case No. CV-05-5730 RBL

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

3. Plaintiff has waived her right to object to Defendant's propounded discovery requests by failing to serve such objections in a timely manner.

4. Plaintiff and/or her attorney shall pay to Stoel Rives LLP the sum of $2500.00 for Defendant's attorneys fees and costs incurred because of Plaintiff's failure to provide discovery, which caused Defendant to bring its Motion to Compel Discovery. This sum shall be paid within ten (10) business days of entry of this Order.

IT IS SO ORDERED this 9th day of May, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
STOEL RIVES LLP

*/s/ Timothy J. O'Connell*
Timothy J. O'Connell, WSBA #15372
Molly M. Daily, WSBA #28360
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in the above case.

**STOEL RIVES LLP**

s/Timothy J. O'Connell
Timothy J. O'Connell, WSBA No.15372
Molly M. Daily, WSBA No. 28360
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500

PROPOSED ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS - 4
Case No. CV-05-5730 RBL

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April ____, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in the above case.  We will also send copies to Plaintiff's attorney via facsimile and U.S. mail.

/s/ Molly Daily_____
Molly M. Daily, WSBA No. 28360
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900
Facsimile:   (206) 386-7519
Attorneys for Defendant

PROPOSED ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS  - 5
Case No. CV-05-5730 RBL

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*